1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DARRELL LOWE,                          Case No. 1:09-cv-00712 AWI JLT (PC)

12              Plaintiff,                   ORDER GRANTING DEFENDANTS'
                                             REQUEST FOR VIDEO CONFERENCING
13        vs.
                                             (Doc. 32)
14   WILLIAM J. McGUINNESS, et al.,

15              Defendants.

16   _____/

17        On February 15, 2011, Defendants requested, pursuant to Federal Rule of Civil Procedure

18   30(b)(4), to be allowed to conduct the deposition of Plaintiff via video conference.  Defendants

19   explain that the round trip to Kern Valley State Prison, the institution of Plaintiff's incarceration,

20   is approximately 520 miles from the Attorney General's Office in Sacramento and would take

21   four hours in transit time.

22        Good cause appearing, Defendants' February 15, 2011 request for video conferencing

23   (Doc. 32) is **GRANTED**.  However, nothing in this order shall be interpreted as requiring the

24   institution in which Plaintiff is housed to obtain video conferencing equipment if it is not already

25   available.

26   IT IS SO ORDERED.

27   Dated:  **February 16, 2011**              **/s/ Jennifer L. Thurston**
                                             UNITED STATES MAGISTRATE JUDGE
28