1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DARRELL LOWE,                          Case No. 1:09-cv-00712 AWI JLT (PC)

12            Plaintiff,                     ORDER GRANTING DEFENDANTS'
                                             MOTION FOR AN EXTENSION OF TIME
13        vs.
                                             (Doc. 34)
14   WILLIAM J. McGUINNESS, et al.,

15            Defendants.

16   _____/

17          On February 17, 2011, Defendants filed a motion for an extension of time up to, and

18   including, April 22, 2011 to respond to Plaintiff's February 3, 2011 motion for summary judgment.

19   Therein, Defendants argue that additional time is needed to discover facts essential for opposing

20   Plaintiff's motion.[1]

21          Good cause appearing, **IT IS HEREBY ORDERED** that:

22          1.      Defendants' February 17, 2011 motion for an extension of time (Doc. 34) is

23                  **GRANTED**; and

24          2.      Defendants shall file an opposition to Plaintiff's motion for summary judgment on

25                  or before April 22, 2011.

26   IT IS SO ORDERED.

27   Dated:  **February 18, 2011**                    _____
                                                      **/s/ Jennifer L. Thurston**
28                                                    UNITED STATES MAGISTRATE JUDGE

    _____

    [1]  Discovery commenced in this action on December 21, 2010.  (Doc. 24.)