IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL LOWE, | Case No. 1:09-cv-00712 AWI JLT (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME |
| vs. | (Doc. 73) |
| WILLIAM J. MCGUINNESS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On January 4, 2012, the Court issued its findings and recommendations ("F&R"), recommending that Defendants' McGuinness and Call's motion for summary judgment be granted. (Doc. 72.). On January 11, 2012, Plaintiff filed a motion requesting an extension of 60 days but did not indicate for what he needed the extension. (Doc. 73.) Given the timing of the Court's issuance of its F&R and the instant motion, the Court construes Plaintiff's motion as a request for additional time to file objections to the F&R.

In his moving papers, Plaintiff contends that he suffers from severe spinal injuries and nerve damage so that he requires assistance with his writing. Plaintiff also states that recent prison lockdowns have limited his access to the law library.

Good cause appearing, the Court will grant Plaintiff, an additional 30 days with which to file his objections.

It is **HEREBY ORDERED** that:

Plaintiff's January 11, 2012 motion for an extension of time is GRANTED in part. If Plaintiff elects to file objections to the Court's January 4, 2012 findings and recommendations (Doc. 72), he shall file the objections within 30 days of the date of service of this order.

IT IS SO ORDERED.

Dated:   **January 12, 2012**                                      /s/ Jennifer L. Thurston
                                                                                    UNITED STATES MAGISTRATE JUDGE