IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL LOWE,<br><br>    Plaintiff,<br><br>    v.<br><br>WILLAIM J. MCGUINNESS, et al.,<br><br>    Defendants. | CASE NO. 1:09-cv-00712 JLT (PC)<br><br>ORDER DENYING AS MOOT MOTION TO COMPEL PRISON OFFICIALS TO ALLOW PLAINTIFF ACCESS TO THE LAW LIBRARY<br><br>(Doc. 74) |

    Plaintiff is a prisoner proceeding pro se in this action that asserts violation of his civil rights according to 42 USC § 1983. On January 11, 2012, Plaintiff filed a motion in which he informed the Court that the prison at which he was housed was on lookdown status. (Doc. 74) As a result, Plaintiff reported that he was unable to access the law library. Id. Plaintiff requested the Court order the prison officials to allow him this access. Id. Plaintiff's concern was an impending deadline to oppose the motion to dismiss and amended motion to dismiss filed by Defendant. Id.

    Given the Court's overwhelming case load, it has just now had the opportunity to review Plaintiff's motion. In the meanwhile, Plaintiff filed his opposition to the motion. (Doc. 70) Therefore, because Plaintiff obtained access to the law library and filed his opposition, Plaintiff's motion is

1  **DENIED** as **MOOT**.[1]

3  IT IS SO ORDERED.

4  Dated:   **March 21, 2012**                                         /s/ Jennifer L. Thurston
                                                                  UNITED STATES MAGISTRATE JUDGE

---

[1] In any event, Plaintiff is advised that the Court's lacks the authority to order the CDCR to provide him access to the law library.