1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DARRELL LOWE, | ) | Case No.: 1:09-cv-00712 AWI JLT |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF TIME TO |
| | ) | FILE OBJECTIONS TO FINDINGS AND |
| v. | ) | RECOMMENDATIONS |
| | ) | |
| WILLIAM J. MCGUINNESS, et al., | ) | (Doc.82) |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

On April 6, 2012, Plaintiff filed a motion for a 30-day extension of time to file his objections to the Findings and Recommendations filed on March 27, 2012.  (Doc. 82)  Plaintiff reports that he is on lockdown though he does not explain why this impedes his ability to file his objections.  Id.

In an abundance of caution, the Court will **GRANT** Plaintiff's motion.  However, Plaintiff is advised that in future the bare showing of a lockdown status will be found to be insufficient. Therefore, Plaintiff's objections to the Findings and Recommendations SHALL be filed no later than 30 days from the date of service of this order.

IT IS SO ORDERED.

Dated:   **April 10, 2012**                    **/s/ Jennifer L. Thurston**
                                                  UNITED STATES MAGISTRATE JUDGE